479 A.2d 1121

Commonwealth v. Gold, Appellant.

Submitted April 16, 1984.   Robert E. Donatelli, for appellant;  Ann I. Keck, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Judgment of sentence affirmed.